842 A.2d 917

**K.B. II, K.B. and B.B., Respondents**

v.

**C.B.F., Petitioner.**

Supreme Court of Pennsylvania.

Jan. 2, 2004.

### *ORDER*

PER CURIAM.

AND NOW, this 2nd day of January 2004, the petition for allowance of appeal is hereby **GRANTED LIMITED** to the issue of:

Whether grandparents have standing to seek custody under 23 Pa.C.S. § 5313(b) absent a finding that the child is substantially at risk, or that the parent is unfit, or that the child is dependent.